```
 1  TOMIO B. NARITA (SBN 156576)
    JEFFREY A. TOPOR (SBN 195545)
 2  SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
 3  San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
 4  Facsimile:  (415) 352-2625
    tnarita@snllp.com
 5  jtopor@snllp.com

 6  Attorneys for Plaintiffs
    Suzanne Schreiber and Jeffrey Schreiber
 7
```

*ORIGINAL FILED MAY - 8 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

*E-filing*

*ADR*

*BY FAX*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUZANNE SCHREIBER, an individual; JEFFREY SCHREIBER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT MICHAEL SIEMONS, an individual,<br><br>Defendant. | CASE NO. C07-02467 MJJ<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |

1     The Plaintiffs herein SUZANNE SCHREIBER and JEFFREY SCHREIBER (collectively "Plaintiffs"), hereby certify, pursuant to Local Rule 3-16, that based upon their present knowledge and belief, the only persons with a financial interest in the outcome of the present proceedings are:

    1.    Jeffrey Schrieiber

    2.    Suzanne Schrieber

    3.    Robert Michael Siemonds

Dated: May 7, 2007

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By: _____
Tomio B. Narita
Attorneys for Plaintiffs