| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Tomio B. Narita, 156576<br>Simmonds & Narita LLP<br>44 MONTGOMERY ST STE 3010<br>SAN FRANCISCO, CA  94104-4816 | (415) 283-1000 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>568 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA  94612-5212

PLAINTIFF:

Suzanne Schreiber and Jeffrey Schreiber

DEFENDANT:

Robert Michael Siemons

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-02467 MJJ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Summons, Certificate of Interested Parties, Order Setting ADR and CMC with attached Standing Order, Notice of Availability of Magistrate Judge to Excercise Jurisdiction , Template: Consent to Proceed Before a Magistrate Judge, ECF Registration Handout, Welcome to the United States District Court, San Francisco, ADR Dispute Resolution Procedures in the Northern District of California

2. Party Served:            Defendant, Robert Michael Siemons

3. Person Served:           party in item 2                             BY FAX

4. Date & Time of Delivery: May 10, 2007           9:33 pm

5. Address, City and State: 24 Old Rodgers Ranch Court
                            Pleasant Hill, CA  94523

6. Manner of Service:       Personal Service - By personally delivering copies.

Fee for Service: $ 75.00

Registered California process server.
County: ALAMEDA
Registration No.:822
Expiration: December 26, 2006

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 15, 2007 at Oakland, California.

Signature: *[signature]*

Clarence Randolph