Stephen A. Cain, SB#111049
Attorney at Law
1101 Standiford Avenue, Suite D-2
Modesto   CA   95350
Telephone: (209) 567-1300
Fax: (209) 567-1304

Attorney for Defendant
ROBERT MICHAEL SIEMONS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE SCHREIBER, an individual; JEFFREY SCHREIBER, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ROBERT MICHAEL SIEMONS, an individual,<br><br>    Defendant. | **Case No.: C07-02467**<br><br>The Certification of Interested Entities or Persons |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report

Dated: May 30, 2007                                  __/s/  Stephen A. Cain
                                                                    Stephen A. Cain
                                                                Attorney for Defendant
                                                             ROBERT MICHAEL SIEMONS

Certificate of Interested Entities                                             Case C-07-02467 MJJ

- 1-