TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Plaintiffs
Suzanne Schreiber and Jeffrey Schreiber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUZANNE SCHREIBER, an individual; JEFFREY SCHREIBER, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>ROBERT MICHAEL SIEMONS, an individual,<br><br>        Defendant. | CASE NO. C-07-2467 MJJ<br><br>**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**Date:  July 10, 2007**<br>**Time: 9:30 a.m.**<br>**Ctrm: 11, 19th Floor**<br><br>**The Honorable Martin J. Jenkins** |

Defendant Robert Michael Siemons ("Siemons") has filed a motion to dismiss the original complaint that was filed in this action. Concurrently with this opposition, however, the plaintiffs Suzanne Schreiber and Jeffrey Schreiber ("the Schreibers") have filed a First Amended Complaint.

The Schreibers are entitled to amend their complaint once as a matter of right because Siemons has not filed a responsive pleading. *See* Fed. R. Civ. P. 15(a); *Allwaste, Inc. v. Hetch*, 65 F.3d 1523, 1530 (9th Cir. 1995) (motion to dismiss is not a responsive pleading).

Given that the Schreibers have amended their complaint, the pending motion to dismiss the original complaint is now moot, and the motion should be taken off the Court's calendar. *See CRS Recovery, Inc. v. Laxton*, 2007 WL 951827, *2 (N.D. Cal. Mar. 28, 2007).

Dated: June 19, 2007                SIMMONDS & NARITA LLP
                                    TOMIO B. NARITA
                                    JEFFREY A. TOPOR


                                    By:   /Tomio B. Narita/
                                          Tomio B. Narita
                                          Attorneys for Plaintiffs