Stephen A. Cain, CSBN 111049
Attorney at Law
1101 Standiford Avenue, Suite D-2
Modesto, California 95350
Telephone: (209) 567-1300
Fax: (209) 567-1304
StephenAustinCain@hotmail.com

Attorney for Defendant
ROBERT MICHAEL SIEMONS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE SCHRIEBER, an individual; JEFFERY SCHREIBER, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT MICHAEL SIEMONS, an Individual,<br><br>Defendant.<br>_____ | **NO. C-07-02467 MJJ**<br><br>NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>Date: July 10, 2007<br>Time: 9:30 a.m.<br>Courtroom 11, 19th Floor<br>JUDGE MARTIN J. JENKINS |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Plaintiff having filed a FIRST AMENDED COMPLAINT on or about June 19, 2007, it is requested that the Motion to Dismiss for Lack of Subject Matter Jurisdiction, F.R.C.P. 12 (b) (1), scheduled for July 10, 2007, be withdrawn, and the matter removed from the calendar.

Dated: June 27, 2007

                                                           Respectfully submitted,

                                                           ___/s/ Stephen A. Cain___

                                                           Stephen A. Cain
                                                           Attorney for Defendant
                                                          ROBERT MICHAEL SIEMONS