CASE 3:07-cv-02467-MJJ    Document 13    Filed July 10, 2007    Page 1 of 2

Stephen A. Cain, SB#111049
Attorney at Law
1101 Standiford Avenue, Suite D-2
Modesto  CA  95350
Telephone: (209) 567-1300
Fax: (209) 567-1304
StephenAustinCain@hotmail.com

Attorney for Defendant
ROBERT MICHAEL SIEMONS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE SCHREIBER, an individual;<br>JEFFREY SCHREIBER, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ROBERT MICHAEL SIEMONS, an individual,<br><br>    Defendant. | **Case No.: C07-02467 MJJ**<br><br>DECLARATION OF STEPHEN A. CAIN IN SUPPORT OF MOTION TO DISMISS WITH EXHIBITS A TO F<br><br>Date: August 14, 2007<br>Time: 9:30 a.m.<br>Courtroom 11, 19th Floor<br>JUDGE MARTIN J. JENKINS |

   I, Stephen A. Cain, hereby declare that I am the attorney for the plaintiff herein and if called upon to testify, could and would competently testify as follows based upon my own personal knowledge:

   That following the filing of a Motion to Dismiss pursuant to F.R.C.P. 12 (b) (1), the plaintiffs filed a FIRST AMENDED COMPLAINT. The changes from the original complaint are not germane to the legal arguments which were raised by the Motion to Dismiss pursuant to F.R.C.P. 12 (b) (1). Therefore, defendant, ROBERT MICHAEL SIEMONS, re-files his motion.

   That attached hereto and marked as **Exhibit A** is a true and correct copy of the original complaint filed August 25, 2004, in the Alameda County Superior Court;

   That attached hereto and marked as **Exhibit B** is a copy of the complete Register of Actions

CASE 3:07-cv-02467-MJJ    Document 13    Filed July 10, 2007    Page 2 of 2

which contains the complete listing of all documents filed by the Plaintiffs in their defense of the action as well as all court rulings and notices. The Plaintiff's made their first appearance in the action on June 8, 2005, (see page 2 of **Exhibit B**,) have vigorously defended their position ever since in State Court, and never sought removal to Federal Court.

That attached hereto and marked as **Exhibit C** are true and correct copy of the DOE Amendments to the Alameda County action making the Schriebers named defendants;

That attached hereto and marked as **Exhibit D** is a true and correct copy of the Trail Setting Order where the Court sets the trial date of November 2, 2007;

That attached hereto and marked as **Exhibit E** is a true and correct copy of the Substitutions of Attorney wherein the Plaintiffs' attorney's in this case replaced the firm of Gordon and Wong in the Alameda County action;

That attached hereto and marked as **Exhibit F** is a true and correct copy of the Arbitrator's award and finding of fact with respect to the Alameda County action which was rejected on April 4, 2007 (page 5 of **Exhibit B**);

That though not binding in its effect, the arbitration award was based on misdeeds by the Plaintiffs in this action which violated State law and not the narrow statutory violations which the Plaintiffs are citing in hopes of invoking federal subject matter jurisdiction.

That the foregoing is true and correct under penalty of perjury of the laws of the State of California and that this declaration was executed on this 9th day of July, at Modesto, California.

    /s/  Stephen A. Cain
Stephen A. Cain
Attorney for Plaintiff
ROBERT MICHAEL SIEMONS