CASE 3:07-cv-02467-MJJ   Document 13   Filed July 10, 2007   Page 1 of 2

1  Stephen A. Cain, SB#111049
   Attorney at Law
2  1101 Standiford Avenue, Suite D-2
   Modesto  CA  95350
3  Telephone: (209) 567-1300
   Fax: (209) 567-1304
4  StephenAustinCain@hotmail.com

5  Attorney for Defendant
   ROBERT MICHAEL SIEMONS
6

7

8              **UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12 SUZANNE SCHREIBER, an individual;        **Case No.: C07-02467 MJJ**
   JEFFREY SCHREIBER, an individual,
13
              Plaintiffs,                   DECLARATION OF STEPHEN A. CAIN IN
14                                          SUPPORT OF MOTION TO DISMISS WITH
       vs.                                  EXHIBITS A TO F
15
16 ROBERT MICHAEL SIEMONS, an individual,   Date: August 14, 2007
                                            Time: 9:30 a.m.
17            Defendant.                    Courtroom 11, 19th Floor
                                            JUDGE MARTIN J. JENKINS
18

19     I, Stephen A. Cain, hereby declare that I am the attorney for the plaintiff herein and if called

20 upon to testify, could and would competently testify as follows based upon my own personal

21 knowledge:

22     That following the filing of a Motion to Dismiss pursuant to F.R.C.P. 12 (b) (1), the

23 plaintiffs filed a FIRST AMENDED COMPLAINT. The changes from the original complaint are

24 not germane to the legal arguments which were raised by the Motion to Dismiss pursuant to

25 F.R.C.P. 12 (b) (1). Therefore, defendant, ROBERT MICHAEL SIEMONS, re-files his motion.

26     That attached hereto and marked as **Exhibit A** is a true and correct copy of the original

27 complaint filed August 25, 2004, in the Alameda County Superior Court;

28     That attached hereto and marked as **Exhibit B** is a copy of the complete Register of Actions

---

DECLARATION OF STEPHEN A. CAIN                              CASE **C07-02467 MJJ**

WITH EXHIBITS A TO F                 - 1-

CASE 3:07-cv-02467-MJJ    Document 13    Filed July 10, 2007    Page 2 of 2

which contains the complete listing of all documents filed by the Plaintiffs in their defense of the action as well as all court rulings and notices. The Plaintiff's made their first appearance in the action on June 8, 2005, (see page 2 of **Exhibit B**,) have vigorously defended their position ever since in State Court, and never sought removal to Federal Court.

That attached hereto and marked as **Exhibit C** are true and correct copy of the DOE Amendments to the Alameda County action making the Schriebers named defendants;

That attached hereto and marked as **Exhibit D** is a true and correct copy of the Trail Setting Order where the Court sets the trial date of November 2, 2007;

That attached hereto and marked as **Exhibit E** is a true and correct copy of the Substitutions of Attorney wherein the Plaintiffs' attorney's in this case replaced the firm of Gordon and Wong in the Alameda County action;

That attached hereto and marked as **Exhibit F** is a true and correct copy of the Arbitrator's award and finding of fact with respect to the Alameda County action which was rejected on April 4, 2007 (page 5 of **Exhibit B**);

That though not binding in its effect, the arbitration award was based on misdeeds by the Plaintiffs in this action which violated State law and not the narrow statutory violations which the Plaintiffs are citing in hopes of invoking federal subject matter jurisdiction.

That the foregoing is true and correct under penalty of perjury of the laws of the State of California and that this declaration was executed on this 9th day of July, at Modesto, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/  Stephen A. Cain
　　　　　　　　　　　　　　　　　　　　　　Stephen A. Cain
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　ROBERT MICHAEL SIEMONS

DECLARATION OF STEPHEN A. CAIN                                    CASE  **C07-02467 MJJ**

WITH EXHIBITS A TO F                           - 2-