CASE 3:07-cv-02467-MJJ     Document 15     Filed July 10, 2007     Page 1 of 1

Stephen A. Cain, SB#111049
Attorney at Law
1101 Standiford Avenue, Suite D-2
Modesto   CA   95350
Telephone: (209) 567-1300
Fax: (209) 567-1304
StephenAustinCain@hotmail.com

Attorney for Defendant
ROBERT MICHAEL SIEMONS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE SCHREIBER, an individual; JEFFREY SCHREIBER, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ROBERT MICHAEL SIEMONS, an individual,<br><br>    Defendant. | **Case No.: C07-02467**<br><br>ORDER DISMISSING COMPLAINT FOR LACK OF SUBJECT MATTER JURISIDCTION<br><br>F.R.C.P. 12 (b) (1)<br><br>Date: July 10, 2007<br>Time: 9:30 a.m.<br>Courtroom 11, 19th Floor<br>JUDGE MARTIN J. JENKINS |

The motion of defendant ROBERT MICHAEL SIEMONS to dismiss the complaint pursuant to F.R.C.P. 12 (b) (1) came on for hearing before this Court, Tomio Narita appearing for plaintiffs and Stephen A. Cain appearing for defendant. After consideration of the moving papers and evidence in support of the motion and the opposition to the motion by the plaintiff, hearing the arguments of counsel, and all other matters presented to the Court, IT IS

HEREBY ORDERED that the defendant's motion to dismiss the complaint for lack of subject matter jurisdiction pursuant to F.R.C.P. 12 (b) (1) is GRANTED.

DATED:

_____
United States District Judge

ORDER DISMISSING COMPLAINT                              Case C-07-02467 MJJ