United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUZANNE SCHRIEBER, et al.,

Plaintiff(s),

v.

ROBERT MICHAEL SIEMONS,

Defendant(s).

_________________________________/

No. C 07-2467 MJJ

**CLERK'S NOTICE**
**(Rescheduling Case Management Conference)**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that the Case Management Conference in this previously scheduled to be heard Tuesday, August 14, 2007, at 2:00 p.m., is hereby VACATED and RESET for **Tuesday, September 18, 2007,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins**.** A Joint Case Management Statement shall be provided to the Court by no later than **September 11, 2007.**

Dated: July13, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____________________
Edward Butler, Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.