CASE 3:07-cv-02467-MJJ    Document 19    Filed July 28, 2007    Page 1 of 1

Stephen A. Cain, SB#111049
Attorney at Law
1101 Standiford Avenue, Suite D-2
Modesto  CA  95350
Telephone: (209) 567-1300
Fax: (209) 567-1304
StephenAustinCain@hotmail.com

Attorney for Defendant
ROBERT MICHAEL SIEMONS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZANNE SCHREIBER, an individual;<br>JEFFREY SCHREIBER, an individual,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ROBERT MICHAEL SIEMONS, an individual,<br><br>       Defendant. | **Case No.: C07-02467 MJJ**<br><br>DECLARATION OF STEPHEN A. CAIN IN SUPPORT OF MOTION TO DISMISS WITH EXHIBITS A<br><br>Date: August 14, 2007<br>Time: 9:30 a.m.<br>Courtroom 11, 19th Floor<br>JUDGE MARTIN J. JENKINS |

   I, Stephen A. Cain, hereby declare that I am the attorney for the plaintiff herein and if called upon to testify, could and would competently testify as follows based upon my own personal knowledge:

   That attached hereto and marked as **Exhibit A** is a true and correct copy of the Notice of Motion and Motion for Summary Judgment filed on July 3, 2007, in the Alameda County Superior Court.

   That the foregoing is true and correct under penalty of perjury of the laws of the State of California and that this declaration was executed on this 28th day of July, at Modesto, California.

                                             /s/  Stephen A. Cain
                                             Stephen A. Cain
                                             Attorney for Defendant
                                             ROBERT MICHAEL SIEMONS