CASE 3:07-cv-02467-MJJ    Document 20    Filed July 28, 2007    Page 1 of 3

1  Stephen A. Cain, SB#111049
   Attorney at Law
2  1101 Standiford Avenue, Suite D-2
   Modesto  CA  95350
3  Telephone: (209) 567-1300
   Fax: (209) 567-1304
4
   Attorney for Defendant
5  ROBERT MICHAEL SIEMONS

6

7

8
                    UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   SUZANNE SCHREIBER, an individual;    )   Case No.: C07-02467
13 JEFFREY SCHREIBER, an individual,     )
                                         )   EXHIBIT ATTACHED TO THE
14          Plaintiffs,                  )   DECLARATION OF STEPHEN A. CAIN IN
                                         )   SUPPORT OF MOTION TO DISMISS
15     vs.                               )
                                         )   F.R.C.P. 12 (b) (1)
16 ROBERT MICHAEL SIEMONS, an individual,)
                                         )   Date: August 14, 2007
17          Defendant.                   )   Time: 9:30 a.m.
                                         )   Courtroom 11, 19th Floor
18                                       )   JUDGE MARTIN J. JENKINS

19

20

21

22                         # EXHIBIT A

23

24

25

26

27

28

EXHIBIT A                                         Case C-07-02467 MJJ

-1-

```
 1  MICHAEL R. SIMMONDS (SBN 96238)
    TOMIO B. NARITA (SBN 156576)
 2  SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
 3  San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
 4  Facsimile:  (415) 352-2625
    msimmonds@snllp.com
 5  tnarita@snllp.com

 6
    Attorneys for Defendants
 7  JEFFREY SCHREIBER and SUZANNE SCHREIBER

 8
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9
            COUNTY OF ALAMEDA, UNLIMITED CIVIL JURISDICTION
10
```

| | |
|---|---|
| ROBERT MICHAEL SIEMONS, | CASE NO. VG04172155 |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION BY DEFENDANTS JEFFREY SCHREIBER AND SUZANNE SCHREIBER |
| vs. | |
| FIRST U.S.A. BANK, N.A., S&A SERVICES OF MARION, LTD, TRIAD, WILLIAM D. KWIATEK, JASON MAPLES, RANDALL NEIN, JEFFREY SCHREIBER, SUZANNE SCHREIBER, and Does 3-100, inclusive, | Date: September 26, 2007<br>Time: 9:00 a.m.<br>Department: 31<br>Res. No.: 729129<br><br>Hon. Frank Roesch |
| Defendants. | Complaint Filed: August 25, 2004<br>Trial Date: November 2, 2007 |

TO PLAINTIFF ROBERT MICHAEL SIEMONS, AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on September 26, 2007, at 9:00 a.m. in Department 31 of the above-entitled Court, located at 201 13th Street, 2nd Floor, Oakland, California, before the Honorable Frank Roesch, Defendants Jeffrey Schreiber and Suzanne Schreiber will move, and hereby does move, for summary judgments or, in the alternative, summary

adjudication, pursuant to Section 437c of the Code of Civil Procedure. The motion is made on the grounds that there is no triable issue as to any material fact and that both Jeffrey Schreiber and Suzanne Schreiber are entitled to judgment as a matter of law. In particular:

1. As to all claims asserted against Jeffrey Schreiber and Suzanne Schreiber, there is no evidence of any tortious act that was personally participated in or specifically authorized by either of them, and they are not personally liable for any tortious conduct allegedly committed by co-defendant S&A Services of Marion, Ltd., as a matter of law.

2. As to plaintiff's apparent claim for defamation, it is undisputed that neither Jeffrey Schreiber nor Suzanne Schreiber published any fact about plaintiff to any consumer reporting agency, as alleged, and there is no evidence that any fact (false or otherwise) was intentionally or recklessly published with malice or willful intent to injure plaintiff, as required by federal and California statute.

3. As to plaintiff's apparent claim for intentional infliction of severe emotional distress, it is undisputed that neither Jeffrey Schreiber nor Suzanne Schreiber engaged in any extreme and outrageous conduct, and there is no evidence of any intentional or reckless conduct by Jeffrey Schreiber or Suzanne Schreiber, with regard to the plaintiff.

This motion is based on the Memorandum of Points and Authorities, Separate Statement of Undisputed Material Facts, Declaration of Jeffrey Schreiber, and Declaration of Suzanne Schreiber, filed herewith, the Complaint and amendments thereto on file in this action, as well as all other pleadings and papers on file in this action.

Dated: July 3, 2007

SIMMONDS & NARITA LLP
MICHAEL R. SIMMONDS
TOMIO B. NARITA

By: /s/ Michael R. Simmonds
Michael R. Simmonds
Attorneys for Defendants
Jeffrey Schreiber and Suzanne Schreiber